UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN TOTIN,

            Plaintiff,

—against—

OXFORD PROPERTY GROUP LLC and SAGI PARIENTE,

            Defendants.

**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

Civil Action No. 21-CV-3129 (PAE) (KHP)

To:    RUBY J. KRAJICK, CLERK
United States District Court
Southern District of New York

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiff Brian Totin respectfully requests that the clerk enter the default of Defendant OXFORD PROPERTY GROUP LLC, for failure to plead or otherwise defend the above-captioned action as fully appears from the Court file herein. Within an accompanying affirmation, I affirm that the party against whom the judgment is sought:

1) Is not an infant or incompetent person;
2) Is not in the military service;
3) Was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;
4) Has defaulted in appearance in the above captioned action.

Dated: May 11, 2021
       New York, New York

*/s/ Brian Totin*
Brian Totin
Plaintiff Pro Se
PO Box 230581
New York, NY 10023
(917)-881-1830
brian@briantotin.com