USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN TOTIN,

                         Plaintiff,

-against-

OXFORD PROPERTY GROUP LLC and
SAGI PARIENTE,

                         Defendants.

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

21-CV-3129 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

       A settlement conference in this matter is scheduled for **Friday, September 24, 2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **September 17, 2021 by 5:00 p.m.**

Dated: New York, New York
        July 26, 2021

                                       SO ORDERED.

                                       *Katharine H. Parker*
                                       _____
                                       KATHARINE H. PARKER
                                       United States Magistrate Judge