```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN TOTIN,<br><br>                              Plaintiff,<br><br>-against-<br><br>OXFORD PROPERTY GROUP LLC and<br>SAGI PARIENTE,<br><br>                            Defendants. | **ORDER CONVERTING<br>SETTLEMENT CONFERENCE TO<br>TELEPHONIC**<br><br>20-CV-3129 (PAE) (KHP) |

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Settlement Conference in this matter scheduled for **Friday, September 24, 2021 at 10:00 a.m.** is hereby converted to a telephonic conference.  The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.  **A security code will be emailed to counsel by chambers for his proceeding**

Dated: New York, New York
       September 16, 2021

                                              SO ORDERED.

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge