USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN TOTIN,

                                              Plaintiff,                          **ORDER**

                          -against-                                        **21-CV-3129 (PAE) (KHP)**

OXFORD PROPERTY GROUP LLC et al.,

                                              Defendants.


**KATHARINE H. PARKER, United States Magistrate Judge:**

On November 18, 2021, following the Case Management Conference, the Court

requested the parties file a joint status letter by January 14, 2022.  (ECF No. 41.)  No such letter

was filed.  By **January 21, 2022**, the parties shall file the contemplated joint status letter.

**SO ORDERED.**

DATED:        New York, New York
              January 18, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge